IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANUP MEHRA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:18-CV-21 |
| | § | |
| THOMAS C. ENNIS, et al., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is the above-entitled action. On this day, the Court considered Plaintiff's

Notice of Voluntary Dismissal, (Dkt. 4). Pursuant to Rule 41 of the Federal Rules of Civil

Procedure, the Court **ORDERS, ADJUDGES, and DECREES** that this action is dismissed

without prejudice.

**IT IS FURTHER ORDERED** that all costs shall be taxed to the party incurring the same.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.


**SIGNED** on March 15, 2018.


_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE